# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 17-925-CFC |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| SPECTRA LOGIC CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S (UNOPPOSED) MOTION TO STAY DEADLINES PENDING RESOLUTION OF MOTION TO DISMISS (D.I. 44)

WHEREAS, Plaintiff Realtime Data LLC d/b/a/ IXO ("Realtime") filed a Complaint alleging infringement by Defendants CommVault Systems, Inc. ("CommVault") and Spectra Logic Corporation ("Spectra Logic") on July 10, 2017; and

WHEREAS, CommVault was dismissed on October 12, 2018 (D.I. 38); and

WHEREAS, an omnibus Scheduling Conference and Oral Argument was held in this action and numerous related cases on October 16, 2018, and a Scheduling Order was entered in many of the related cases on October 1, 2018 (D.I. 42);[1] and

WHEREAS, Spectra Logic moved on December 7, 2018 to dismiss the Complaint in its entirety (D.I. 44) on the basis that, *inter alia*, CommVault was dismissed and the Complaint does not state a claim of infringement by Spectra Logic alone; and

WHEREAS, Realtime has opposed that motion (D.I. 45), which remains pending before the Court; and

---

[1] Some defendants in related cases were not served in advance of the hearing, and others were sued after this date.

WHEREAS, under the operative Scheduling Order, the parties are to begin initial disclosures and disclosures under the Default Standards beginning in February 2019; and

WHEREAS, in an effort to conserve the resources of the Parties and the Court, Spectra Logic seeks a stay of interim deadlines pending the Court's resolution of its Motion to Dismiss, and

WHEREAS, pursuant to D. Del. LR 7.1.1, counsel for Spectra Logic conferred with counsel for Realtime, and Realtime indicated that it does not oppose the relief sought by this Motion;

Spectra Logic hereby respectfully moves the Court for an Order staying deadlines in this case pending the Court's resolution of Spectra Logic's Motion to Dismiss for Failure to State a Claim (D.I. 44).

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Robert E. Purcell
THE LAW OFFICE of ROBERT E. PURCELL, PLLC
211 West Jefferson Street, Suite 24
Syracuse, NY 13202
Tel: (315) 671-0710

Dated: January 23, 2019
6063818 / 44336

By: /s/ Stephanie E. O'Byrne
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Stephanie E. O'Byrne (#4446)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com

*Attorneys for Defendant Spectra Logic Corporation*

IT IS SO ORDERED, this _20th_ day of _March_ 2019.

_____
U.S.D.J.